Opinion issued July 2, 2009








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00401-CV






MERENCO REALTY, INC., Appellant


V.


MOBIL PRODUCING TEXAS & NEW MEXICO, INC. AND
EXXONMOBIL OIL CORPORATION, Appellees






On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2007-36666






MEMORANDUM OPINION


 The parties have filed a joint motion to dismiss the appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed as moot. 
Tex. R. App. P. 42.1(a)(2).

 Any other pending motions in this appeal are dismissed as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.